UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>            Plaintiff,<br><br>    v.<br><br>C. CARLSON,<br><br>            Defendant. | Case No.   1:19-cv-01615-DAD-JDP<br><br>ORDER STAYING CASE WHILE DEFENDANT'S MOTION IS PENDING<br><br>ECF No. 19 |

Defendant C. Carlson has filed a motion for order revoking plaintiff's *in forma pauperis* status and requiring prepayment of fees. ECF No. 19. In that motion, defendant requests that this action be stayed while the motion is pending. *Id.* For the efficiency of the parties and the court, a stay is appropriate. Thus, the parties are to complete briefing of defendant's motion, ECF No. 19, and all other deadlines the case, including defendant's deadline to answer the complaint, will be stayed until that motion is decided.

IT IS SO ORDERED.

Dated:    September 8, 2020                                    _____
                                                                                          UNITED STATES MAGISTRATE JUDGE

1