UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>              Plaintiff,<br><br>      v.<br><br>G. BEARD, *et al.*,<br><br>              Defendants. | Case No.   1:19-cv-01615-DAD-JDP<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME<br><br>ECF Nos. 21, 22 |

   Plaintiff moves to extend his time to respond to defendant's motion for order revoking plaintiff's IFP status.  For good cause shown, these motions are granted.  ECF Nos. 21, 22.  Plaintiff shall have 30 days from the date of entry of this order to file his response to defendant's motion.

IT IS SO ORDERED.

Dated:    November 9, 2020            _____
                                       JEREMY D. PETERSON
                                       UNITED STATES MAGISTRATE JUDGE