1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD B. SPENCER                        Case No.  1:19-cv-01615-ADA-HBK

12                    Plaintiff,              ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS
13          v.
                                             (ECF No.  47)
14   C. CARLSON,

15                    Defendant.

16

17          Plaintiff Edward B. Spencer ("Plaintiff"), a state prisoner, is proceeding *pro se* and *in*

18   *forma pauperis* on his First Amended Complaint, stemming from events that allegedly occurred

19   while he was confined at the California Substance Abuse Treatment Facility.  (ECF Nos. 7, 14.)

20   On September 13, 2021, Plaintiff filed a motion to strike all eight of Defendant's affirmative

21   defenses.  (ECF No. 33.)  Defendant filed a timely response on March 2, 2022.  (ECF No. 45.)

22   On March 28, 2022, the Magistrate Judge issued a findings and recommendations, recommending

23   that Plaintiff's motion to strike be granted as to Defendant's sixth (failure to mitigate), seventh

24   (reduction of damages), and eighth (right to assert affirmative defenses) affirmative defenses.

25   (ECF No. 47 at 9.)  The Magistrate Judge also recommended that Defendant's sixth and seventh

26   affirmative defenses be stricken without prejudice and that the Defendant be granted leave to

27   amend those defenses.  (*Id*.).  The Magistrate Judge further recommended that Defendant's eighth

28   affirmative defense be stricken with prejudice.  Because Defendant withdrew his third (only as to

1    the state immunity claim under Cal. Gov't Code § 854.6), fourth (Plaintiff's contributory

2    negligence), and fifth (third parties' contributory negligence) affirmative defenses, the Magistrate

3    Judge recommended that Plaintiff's motion to strike as to those defenses be deemed moot.  (*Id*.).

4    Finally, the Magistrate Judge recommended that Plaintiff's motion to strike be denied as to

5    Defendant's first (immunity), second (presentment under California Government Claims Act),

6    and third (only as to the state immunity code based on Cal. Gov't Code § 820.2) affirmative

7    defenses.  (*Id*.).

8          On April 18, 2022, Plaintiff filed objections to the Magistrate Judge's findings and

9    recommendations.  (ECF No. 49.)  In Plaintiff's objections, Plaintiff largely reiterates his

10   arguments in his motion to strike.  (*See* ECF No. 49.)  Plaintiff argues that Defendant's second

11   affirmative defense under the California Government Claims Act should be stricken because he

12   presented a timely claim under the California Government Claims Act.  (ECF No. 49.)  Even

13   though the likelihood of the affirmative defense's success may be minimal, the merits of a

14   defense are not grounds to strike it.  *Smith v. Cobb*, 15-cv-00176-GPC, 2017 WL 3887420, at *5

15   (S.D. Cal. Sept. 5, 2017).  Rather, Federal Rule of Civil Procedure 12(f) motions' "fair notice"

16   standard only requires that affirmative defenses are described in "general terms."  *Kohler v. Flava*

17   *Enters., Inc.*, 779 F.3d 1016, 1019 (9th Cir. 2015).  Because Defendant had satisfactorily stated

18   the nature and grounds for the second affirmative defense to meet the "fair notice" standard, the

19   Court finds no basis for denying the findings and recommendations.  (*See* ECF No. 31 at 3.)

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1.  The findings and recommendations issued on March 28, 2022 (ECF No. 47) are adopted in full; and

2.  Defendant has **fourteen (14) days** after the date of this order to file an amended answer to attempt to cure the pleading deficiencies.

IT IS SO ORDERED.

Dated:   September 27, 2022

_____

UNITED STATES DISTRICT JUDGE