UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SPENCER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. CARLSON,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01615-ADA-HBK (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>DEADLINE TO COMPLETE DISCOVERY EXTENDED TO DECEMBER 30, 2022<br><br>(Doc. No. 53) |

Pending before the Court is Defendant's Motion to Modify the Discovery and Scheduling Order filed November 30, 2022. (Doc. No. 53). Defendant seeks a thirty-day extension of time to complete discovery due to counsel's inordinate caseload. *(Doc. No. 53-1).* The Court finds the motion and supporting declaration satisfies good cause. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4).

Accordingly, it is **ORDERED**:

Defendant's Motion (Doc. No. 53) is GRANTED and the deadline to complete discovery is extended to December 30, 2022.

Dated:　December 6, 2022

　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE