# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. CARLSON,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01615-ADA-HBK (PC)<br><br>VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii)<br><br>(Doc. No. 55) |

　　　　Plaintiff and Defendant filed a Joint Stipulation of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on February 22, 2023.  (Doc. No. 55).  The Parties state they are dismissing this action *with prejudice* and each party shall bear its own fees and costs. (*Id*.) (emphasis added).  In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　　　Accordingly, the Clerk of Court shall terminate all pending motions and deadlines and CLOSE this action to reflect the Parties stipulated dismissal pursuant to Rule 41(a)(1)(A)(ii).

Dated:　　February 23, 2023　　　　　　　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE